**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALAN HALL AND JAMES DEPALMA,<br><br>PLAINTIFFS,<br><br>v.<br><br>RENT-A-CENTER, INC., ROBERT D. DAVIS, AND GUY J. CONSTANT,<br><br>DEFENDANTS. | § § § § § § § § § § § § | CIVIL NO. 4:16-CV-00978-ALM-CMC |

**ORDER APPROVING SETTLEMENT DISTRIBUTION TO AUTHORIZED CLAIMANTS AND GRANTING RELATED RELIEF**

THIS MATTER having come before the Court on the motion of Lead Plaintiff Oklahoma Firefighters Pension and Retirement System for approval of a distribution of the Net Settlement Fund to eligible claimants; the Settlement having reached its Effective Date; and the Court having considered the papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of December 3, 2018 (the "Stipulation") (Dkt. # 117-1), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation or the Declaration of Michael McGuinness in Support of Lead Plaintiff's Motion for Approval of Distribution ("McGuinness Declaration" or "McGuinness Decl.").

2. The administrative recommendations of Epiq Class Action & Claims Solutions, Inc. ("Epiq" or "Claims Administrator"), the Court-appointed Claims Administrator, to accept the Proof of Claim and Release forms ("Claim Forms"), including the late but otherwise eligible Claim Forms, listed in Exhibit D-1 and D-2 to the McGuinness Declaration, are hereby APPROVED.

3. As determined by the Claims Administrator, wholly rejected or otherwise ineligible Claim Forms, including Disputed Claims B-1, B-2 and B-3, B-4 and B-5 listed in Exhibit D-3 are hereby REJECTED.

4. The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Stipulation, the Court-approved Plan of Allocation, and the distribution plan for payment of the Net Settlement Fund ("Distribution Plan") set forth in paragraph 44 of the McGuinness Declaration, which is hereby APPROVED.

5. No new Claim Forms may be accepted after May 31, 2020, and no further adjustments to Claim Forms received on or before May 31, 2020 that would result in an increased Recognized Claim Amount may be made after May 31, 2020, except as set forth in the Distribution Plan.

6. As set forth in the Distribution Plan, at such time as Lead Counsel, in consultation with Epiq, determines that further redistribution of the funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance in the Net Settlement Fund, after payment of any unpaid costs, expenses, and Taxes, shall be contributed to Consumer Federation of America.

7. A payment in the amount of $36,946 from the Settlement Fund for Epiq's estimate of its fees and expenses to be incurred in connection with the Initial Distribution of the Net Settlement Fund is hereby AUTHORIZED. If the incurred fees and expenses for the Initial Distribution are lower than the estimate, the Claims Administrator shall promptly reimburse the Net Settlement Fund.

8. The administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation.

9. The Claims Administrator is authorized to destroy paper copies of the Claim Forms and all supporting documents one year after the Second Distribution of the Net Settlement Fund, and to destroy electronic copies of the same one year after all funds have been distributed.

10. The Court retains jurisdiction to consider further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

**SIGNED this 11th day of March, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE